JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERAD SCOTT CROSS, | ) | Case No. CV 16-01191-CAS (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| RAYMOND MADDEN, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 9, 2016

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE